# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>MURPHY KAY POLK, III,<br><br>Defendant. | No. 14-CR-02016-TOR-1<br><br>ORDER GRANTING MOTION FOR TEMPORARY MODIFICATION OF CONDITION #19 OF PRETRIAL RELEASE ORDER |

BEFORE THE COURT is Defendant's Motion for Temporary Modification of Condition #19 of Pretrial Release Order (Ct. Rec. 50). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Condition #19 of Pretrial Release (Ct. Rec. 50) is **GRANTED**. Mr. Polk is permitted to be present at a non-alcoholic barbecue at his family home on Sunday, June 15 provided that the minor children are only present from 5:00 p.m. to 8:30 p.m. The third party custodian must be present at all times and the children are not to be left unsupervised with Mr. Polk. All further pre-trial conditions of release remain in place. The district court executive is directed to enter this order and provide copies to counsel and United States Probation Office.

DATED June 13, 2014.

s/James P. Hutton<br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 1