PROB 12C  
(6/16)

Report Date: November 16, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Murphy Kay Polk | Case Number: 0980 1:14CR02016-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓ Wapato, Washington 98951 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: October 14, 2014 | |
| Original Offense: Abusive Sexual Contact, 18 U.S.C. § 1153 and 2244(a)(2) | |
| Original Sentence: Prison - 366 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: July 9, 2015 |
| Defense Attorney: Rebecca L. Pennell | Date Supervision Expires: July 8, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 13, 2018, Mr. Polk consumed tetrahydrocannabinol (THC), the active chemical in marijuana. |
| | Mr. Polk's conditions were reviewed with him on July 30, 2015. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 17, as noted above. |
| | On Wednesday, November 14, 2018, Mr. Polk reported to the United States Probation Office. Mr. Polk admitted to using marijuana approximately four or five times over the last several months, with last use on Tuesday, November 13, 2018. Mr. Polk signed a drug use admission form. A urinalysis (UA) sample was collected which yielded a presumptive positive result for THC. The sample was sent to Alere Toxicology for confirmation. |

Prob12C
**Re: Polk, Murphy Kay**
**November 16, 2018**
**Page 2**

    2    **Special Condition #18**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On November 4, 2018, Mr. Polk consumed alcohol.

Mr. Polk's conditions were reviewed with him on July 30, 2015.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 18, as noted above.

On Wednesday, November 14, 2018, Mr. Polk reported to the United States Probation Office. Mr. Polk admitted to consuming alcohol approximately 10 times over the last several months and to intoxication approximately 3 or 4 times, with the last use on Sunday, November 4, 2018.  Mr. Polk signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 16, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Signature of Judicial Officer

November 16, 2018
Date