Report Date:  March 8, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Murphy Kay Polk          Case Number: 0980 1:14CR02016-TOR-1

Address of Offender: █████████████████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 14, 2014

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. § 1153 and 2244(a)(2) | |
| Original Sentence: | Prison - 366 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 9, 2015 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: July 8, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/16/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about December 24, 2018, Mr. Polk consumed tetrahydrocannabinol (THC), the active chemical in marijuana.

Mr. Polk's conditions were reviewed with him on July 30, 2015.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 17, as noted above.

On January 9, 2019, Mr. Polk reported to the United States Probation Office and admitted that on or about December 24, 2018, he consumed THC.  Mr. Polk signed a drug use admission form.

4    **Special Condition #18**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about January 6, 2019, Mr. Polk consumed alcohol.

Mr. Polk's conditions were reviewed with him on July 30, 2015. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 18, as noted above.

On January 9, 2019, Mr. Polk reported to the United States Probation Office and admitted that on or about January 6, 2019, he consumed alcohol. Mr. Polk signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 8, 2019

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Thomas O. Rice
Chief U.S. District Judge
Signature of Judicial Officer

March 11, 2019

Date