PROB 12C
(6/16)

Report Date: April 25, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Murphy Kay Polk, III | Case Number: 0980 1:14CR02016-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 14, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. §§ 1153 and 2244(a)(2) | | |
| Original Sentence: | Prison - 366 days; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 9, 2015 | |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: July 8, 2020 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/16/2018 and 03/08/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about March 27, 2019, Mr. Polk consumed tetrahydrocannabinol (THC), the active chemical in marijuana. |
| | Mr. Polk's conditions were reviewed with him on July 30, 2015. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 17, as noted above. |
| | On March 27, 2019, Mr. Polk reported to Central Washington Comprehensive Mental Health (CWCMH) and provided a urinalysis (UA) sample which was sent to Cordant Health Solutions (Cordant) for testing. On March 31, 2019, Cordant reported the sample collected on March 27, 2019, was positive for THC. |
| | Mr. Polk admitted to the undersigned that he consumed THC on or about March 27, 2019. |

Prob12C
**Re: Polk, Murphy Kay**
**April 25, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2019

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
~~Chief U.S. District Judge~~
Signature of Judicial Officer

June 19, 2019
Date